# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2024

### NO. 03-23-00450-CR

**Cristina Belen Gutierrez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 9 OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.